IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CMC MARINE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-16-957-W |
| ) | |
| TOKIO MARINE AMERICA ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ADMINISTRATIVE CLOSING ORDER

Having been advised that the parties have reached a settlement and compromise in this matter, see Doc. 80, the Court ORDERS the Clerk of the Court to administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order or for any other purpose required to obtain a final determination of the litigation.

If the parties have not moved to reopen this matter within 45 days of this date or moved to extend the administrative closure prior to the expiration of this 45-day period, all claims and causes of action asserted in this case shall be deemed dismissed with prejudice.

ENTERED this 23rd day of August, 2017.

LEE R. WEST
UNITED STATES DISTRICT JUDGE